FILED: March 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1166 (L)
(1:16-cv-01288-MJG)
_____

EDWARD MICHAEL NERO; GARRETT EDWARD MILLER

      Plaintiffs - Appellees

v.

MARILYN J. MOSBY

      Defendant - Appellant

and

MAJOR SAMUEL COGEN

      Defendant

_____

No. 17-1168
(1:16-cv-01304-MJG)
_____

BRIAN SCOTT RICE

      Plaintiffs - Appellee

v.

MARILYN J. MOSBY

      Defendant - Appellant

and

MAJOR SAMUEL COGEN

    Defendant

---

No. 17-1169
(1:16-cv-02663-MJG)

---

ALICIA WHITE; WILLIAM PORTER

    Plaintiffs - Appellees

v.

MARILYN J. MOSBY

    Defendant - Appellant

and

MAJOR SAMUEL COGEN; STATE OF MARYLAND

    Defendants

---

O R D E R

---

The court consolidates Case Nos. 17-1166, 17-1168, and 17-1169. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk