FILED: May 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1166 (L)
(1:16-cv-01288-MJG)

_____

EDWARD MICHAEL NERO; GARRETT EDWARD MILLER

    Plaintiffs - Appellees

v.

MARILYN J. MOSBY

    Defendant - Appellant

and

MAJOR SAMUEL COGEN

    Defendant

_____

No. 17-1168
(1:16-cv-01304-MJG)

_____

BRIAN SCOTT RICE

    Plaintiff - Appellee

v.

MARILYN J. MOSBY

        Defendant - Appellant

and

MAJOR SAMUEL COGEN

        Defendant

------------------------

No. 17-1169
(1:16-cv-02663-MJG)

------------------------

ALICIA WHITE; WILLIAM PORTER

        Plaintiffs - Appellees

v.

MARILYN J. MOSBY

        Defendant - Appellant

and

MAJOR SAMUEL COGEN; STATE OF MARYLAND

        Defendants

------------------------

O R D E R

------------------------

Upon consideration of the submissions relative to appellant's motion for stay

pending appeal, the court grants the motion and stays the district court proceedings during the pendency of this appeal.

 Entered at the direction of Judge Duncan, with the concurrence of Judge Wilkinson and Judge Thacker.

           For the Court

           <u>/s/ Patricia S. Connor, Clerk</u>